[No. 38951-3-I.    Division One.    March 2, 1998.]

THE STATE OF WASHINGTON, *Appellant*, v. SOANE MOLI HEFA, *Respondent*.

Appeal from a judgment of the Superior Court for King County, No. 96-8-00814-3, Norma Smith Huggins, J., entered June 7, 1996. *Affirmed* by unpublished opinion per Becker, J., concurred in by Webster and Cox, JJ.


[Nos. 38979-3-I; 39083-0-I.    Division One.    March 2, 1998.]


THE STATE OF WASHINGTON, *Respondent*, v. MICHAEL S. SAWYER, ET AL., *Appellants*.

Appeals from judgments of the Superior Court for Whatcom County, Nos. 95-1-00864-2, 95-1-00865-1, George E. McIntosh, J., entered July 10, 1996. *Affirmed in part* and *reversed in part* by unpublished per curiam opinion.


[No. 39075-9-I.    Division One.    March 2, 1998.]

THE STATE OF WASHINGTON, *Respondent*, v. REMUS SUCIU, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 95-1-08183-1, Donald D. Haley, J., entered July 26, 1996. *Affirmed in part* and *remanded* by unpublished per curiam opinion.


[Nos. 39668-4-I; 40278-1-I.    Division One.    March 2, 1998.]


BERNIE W. POTTER, *Appellant*, v. HILLARY ANN AVENALI, *Respondent*.

Appeals from a judgment of the Superior Court for King County, No. 94-2-27625-5, R. Joseph Wesley, J., entered October 7, 1996. *Affirmed* by unpublished per curiam opinion.